Petition for Reinstatement
from Inactive Status.

No. 1 DB 2006.

Supreme Court of Pennsylvania.

May 5, 2006.

*ORDER*

PER CURIAM.

AND NOW, this 5th day of May, 2006, the Report and Recommendations of the Disciplinary Board dated March 17, 2006, are approved and it is ORDERED that Michael Patrick Gaughan, who has been on inactive status, has never been suspended or disbarred, and has demonstrated that he has the moral qualifications, competency and learning in law required for admission to practice in the Commonwealth, shall be and is hereby reinstated to active status as a member of the Bar of this Commonwealth. The expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement shall be paid by the Petitioner.

OFFICE OF DISCIPLINARY
COUNSEL, Petitioner,

v.

Jonah Daniel LEVIN, Respondent.

No. 1128 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

May 5, 2006.

*ORDER*

PER CURIAM.

AND NOW, this 5th day of May, 2006, upon consideration of the Report and Recommendations of the Disciplinary Board dated February 10, 2006, it is hereby

ORDERED that Jonah Daniel Levin be and he is suspended from the Bar of this Commonwealth for a period of one year and one day, and he shall comply with all the provisions of Rule 217, Pa.R.D.E.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

OFFICE OF DISCIPLINARY
COUNSEL, Petitioner,

v.

Kenneth C. NOTTURNO, Respondent.

No. 1142 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

May 5, 2006.

*ORDER*

PER CURIAM.

AND NOW, this 5th day of May, 2006, there having been filed with this Court by Kenneth C. Notturno his verified Statement of Resignation dated March 3, 2006, stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa.R.D.E., it is

ORDERED that the resignation of Kenneth C. Notturno be and it is hereby accepted and he is DISBARRED ON CONSENT from the Bar of the Commonwealth

of Pennsylvania; and it is further ORDERED that he shall comply with the provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.